ADVISORY OPINION TO THE GOVERNOR.

Opinion Filed May 20, 1914.

Under the Constitution of this State a Circuit Judge is not subject to suspension or removal from office by the Governor.

STATE OF FLORIDA,

EXECUTIVE CHAMBER,

Tallahassee, May 18th, 1914.

*To the Honorable Justices of the Supreme Court of Florida:*

*Gentlemen:—*

It is provided in Section 29 of Article III of the State Constitution that,

"The Governor, Administrative Officers of the Executive Department, Justices of the Supreme Court and Judges of the Circuit Court shall be liable to impeachment for any misdemeanor in office."

Section 15 of Article IV of the State Constitution provides that,

"All officers that shall have been appointed or elected, and that are not liable to impeachment, may be suspended from office by the Governor for malfeasance, or misfeasance, or neglect of duty in office, for the commission of any felony, or for drunkenness or incompetency."

In pursuance of the provisions of Section 13 of Article IV of the Constitution, I have the honor to request the written opinion of the Justices of the Supreme Court:

First. As to whether under the last above cited provision of the State Constitution, or any other provision of the Constitution, the Governor has the right and authority to suspend or remove from office a person who is duly commissioned as a Circuit Judge.

Second. If, in the opinion of the Court, the Governor has the right and authority to suspend or remove a Circuit Judge in certain cases, then does the illness of a Circuit Judge which has extended continuously throughout the last eleven months and wholly incapacitated said Judge from devoting his personal attention to the duties of his office, which illness is stated by competent medical authority to be incurable, as is now the case with respect to one of the Circuit Judges of this State, evidence of which is before me, constitute a sufficient ground for the exercise by the Governor of such authority to suspend or remove.

Very respectfully,

PARK TRAMMELL,

Governor.

IN THE SUPREME COURT OF FLORIDA,

JANUARY TERM, A. D. 1914,

May 20th, 1914.

*To His Excellency,*
          *Park Trammell,*
                    *Governor.*

*Sir*:—

In reply to your request dated May 18th, 1914, for an opinion upon the subject, you are advised that under the constitution of this State a Circuit Judge is not subject to suspension or removal from office by the Governor.

Very respectfully,

T. M. SHACKLEFORD,

R. F. TAYLOR,

R. S. COCKRELL,

W. A. HOCKER,

J. B. WHITFIELD,

Justices Supreme Court.